# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

143149 & (12)(13)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

NATHANIEL D. HAMILTON,
        Defendant-Appellant.
_____/

SC: 143149
COA: 302983
Berrien CC: 2009-004064-FC

       On order of the Court, the motions for immediate consideration and for miscellaneous relief are GRANTED. The application for leave to appeal the April 22, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

p0919